Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HITEN PATEL, | Case No. 21-cv-01349-AB-AFM |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| AEROJET ROCKETDYNE HOLDINGS, INC., KEVIN P. CHILTON, THOMAS A. CORCORAN, EILEEN P. DRAKE, JAMES R. HENDERSON, WARREN G. LICHTENSTEIN, LANCE W. LORD, AUDREY A. MCNIFF, and MARTIN TURCHIN, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Hiten Patel ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for

1  summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of
2  this notice.

5  Dated: March 10, 2021                             **WEISSLAW LLP**

                                              By:  */s/ Joel E. Elkins*
                                                   Joel E. Elkins
                                                   9100 Wilshire Blvd. #725 E.
                                                   Beverly Hills, CA 90210
                                                   Telephone: 310/208-2800
   **OF COUNSEL:**                                  Facsimile: 310/209-2348
                                                        -and-
   **BRAGAR EAGEL & SQUIRE,**                      Richard A. Acocelli
   **P.C.**                                         1500 Broadway, 16th Floor
   Alexandra B. Raymond                            New York, NY 10036
   810 Seventh Avenue, Suite 620                   Telephone: 212/682-3025
   New York, NY 10019                              Facsimile: 212/682-3010
   Tel: (646) 860-9158
   Fax: (212) 214-0506
   Email: raymond@bespc.com

   *Attorneys for Plaintiff*                       *Attorneys for Plaintiff*